# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES GADDY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 415-16 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. These

objections are hereby overruled, and accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

The Clerk is ordered to enter appropriate judgment and close this case.

So ORDERED, this 12 day of June, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA