# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
Savannah Division

JAMES GADDY,

    Petitioner - Appellant,

vs

UNITED STATES OF AMERICA,

    Respondent - Appellee.

CASE NUMBER  4:88-cr-32

## ORDER

The Judgment of this Court in the above-titled action having been affirmed by the Eleventh Circuit, U.S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U.S. Court of Appeals, is made the Judgment of this Court.

This 16 day of November, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA