# In the United States District Court for the Southern District of Georgia
## Savannah Division

UNITED STATES OF AMERICA )
)
) CR 488-032
v. )
)
JAMES GADDY, )
)
    Defendant. )

### ORDER

Before the Court is the Government's Motion for Remote Appearance of Expert Witness. Dkt. No. 245. The Government requests that Bureau of Prisons Dr. Patrick Phelps Craft be permitted to appear remotely for the evidentiary hearing scheduled for February 7, 2025. Defendant does not oppose the motion. After consideration, and for good cause shown, the motion is **GRANTED**. Dr. Craft may appear at the hearing via video teleconference. Instructions for appearing via video teleconference are forthcoming.

SO ORDERED, this __16__ day of January, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA